UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KURT GANOE, | ) | CV F- 03-5878 OWW DLB P |
| Plaintiff, | ) ) | ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE DOCUMENTS |
| v. | ) | FOR DEFENDANTS |
| TULARE COUNTY SHERIFF, et.al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. Plaintiff's complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    BILL WHITMAN, TULARE COUNTY SHERIFF

    TULARE COUNTY BOARD OF SUPERVISORS

2. The Clerk of the Court shall send plaintiff TWO (2USM-285 forms, TWO (2) summons, an instruction sheet and a copy of the complaint filed June 27, 2003.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

1     a. Completed summons;

2     b. One completed USM-285 form for each defendant listed above; and

3     c. Three (3) copies of the endorsed complaint filed June 27, 2003.

4  4. Plaintiff need not attempt service on defendants and need not request waiver of service.
5  Upon receipt of the above-described documents, the court will direct the United States Marshal to
6  serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of
7  costs.

8  5. Plaintiff's failure to comply with this order may result in sanctions, including dismissal of
9  this action.  Local Rule 11-110.

10     IT IS SO ORDERED.

11     **Dated:    May 9, 2006**                    **/s/ Dennis L. Beck**
   3c0hj8                                UNITED STATES MAGISTRATE JUDGE