1
2
3
4
5
6
7
8    **IN THE UNITED STATES DISTRICT COURT**
9    **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11   KURT ALLAN GANOE,                    CASE NO. 1:03-cv-05878 DLB PC
12              Plaintiff,            _____ORDER SETTING TELEPHONIC
                                      SETTLEMENT CONFERENCE
13
14        vs.
15   BILL WITTMAN et al.,
                                      Telephonic Settlement
16           Defendants.             Conference:    March 12, 2008 at 10:00 a.m.
                                                    Before Judge Snyder
17
18   _____/

19        This matter is currently set for jury trial on April 22, 2008 at 9:00 a.m. before United States

20   Magistrate Judge Dennis L. Beck in Courtroom 9.  In the pretrial conference held February 22, 2008,

21   all parties indicated that a settlement conference may be helpful in resolving this case.  Accordingly, a

22   telephonic settlement conference is set for March 12, 2008 at 10:00 a.m. before United States Magistrate

23   Judge Sandra M. Snyder.  Unless otherwise permitted in advance by the Court, <u>the attorneys who will</u>

24   <u>try the case</u> shall attend on the telephonic settlement conference <u>with the parties and the person or</u>

25   <u>persons having full authority</u> to negotiate and settle the case, on any terms, at the conference.

26        The parties are relieved of their obligation under Local Rule 16-270 to file settlement conference

27   statements.

28   ///

                                          1

Accordingly, the Court HEREBY ORDERS as follows:

1.       This matter is set for telephonic settlement conference before United States Magistrate Judge Sandra M. Snyder on **March 12, 2008 at 10:00 a.m**; and

2.       Counsel for defendants is required to arrange for the participation of plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic settlement conference at **(559) 499-5690**.


IT IS SO ORDERED.

**Dated:** __**February 28, 2008**__          _____**/s/ Dennis L. Beck**_____
                                              UNITED STATES MAGISTRATE JUDGE