IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT ALLAN GANOE,<br><br>             Plaintiff,<br><br>      vs.<br><br>BILL WITTMAN et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:03-cv-05878 DLB PC<br><br>ORDER SETTING TELEPHONIC SETTLEMENT CONFERENCE<br><br>Telephonic Settlement<br>Conference:   March 12, 2008 at 10:00 a.m.<br>                       Before Magistrate Judge<br>                       Sandra M. Snyder |

      This matter is currently set for jury trial on April 22, 2008 at 9:00 a.m. before United States Magistrate Judge Dennis L. Beck in Courtroom 9. During the pretrial conference held February 22, 2008, all parties indicated that a settlement conference may be helpful in resolving this case. Accordingly, a telephonic settlement conference is set for March 12, 2008 at 10:00 a.m. before United States Magistrate Judge Sandra M. Snyder. Unless otherwise permitted in advance by the Court, <u>the attorneys who will try the case</u> shall attend on the telephonic settlement conference <u>with the parties and the person or persons having full authority</u> to negotiate and settle the case, on any terms, at the conference.

      The parties are relieved of their obligation under Local Rule 16-270 to file settlement conference

1  statements.

2      This Court has confirmed with Janine Wallace, Litigation Co-Ordinator at Coalinga, that plaintiff will have access to a telephone to initiate a call to the Court at the appointed date and time.

    Accordingly, the Court HEREBY ORDERS as follows:

1. This matter is set for telephonic settlement conference before United States Magistrate Judge Sandra M. Snyder on **March 12, 2008 at 10:00 a.m**;

2. Plaintiff will telephone **(559) 499-6690** to participate in the telephonic settlement conference; and

3. Counsel for defendants will telephone **(559) 499-6691** to participate in the telephonic settlement conference.

IT IS SO ORDERED.

**Dated:   February 29, 2008**            /s/ **Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE