1

2

3

4

5

6

7

8    **IN THE UNITED STATES DISTRICT COURT**

9    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   KURT ALLAN GANOE                           CASE NO. CV-F-03-5878 DLB PC

12                  Plaintiff,               _____ORDER FOLLOWING SETTLEMENT
                                             CONFERENCE OF MARCH 12, 2008
13        vs.

14   BILL WITTMAN, et al.,

15                  Defendants.
     _____/

16

17        Plaintiff Kurt Ganoe ("plaintiff") is a civil detainee proceeding pro se and in forma

18   pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  On March 12, 2008, the parties appeared

19   before Chief Magistrate Judge Sandra M. Snyder for a telephonic settlement conference.  A settlement

20   agreement was reached between the parties.

21        Deputy County Counsel Kathleen Taylor, counsel for defendants, shall send plaintiff the

22   settlement agreement, a release, and a dismissal with prejudice for signature.   Plaintiff shall sign and

23   return the settlement agreement and the release to defense counsel.  Upon receipt of the documents,

24   defendants shall proceed with obtaining the settlement check.  Plaintiff was advised during the

25   conference that the process of obtaining the check would take at least 3 or 4 weeks.  Plaintiff shall sign

26   and file the dismissal with prejudice with the court within twenty days from the date that he learns that

27   his settlement check has cleared.

28        This court retains jurisdiction over this matter pending final resolution of the settlement.

1

1      Accordingly, the jury trial set for April 22, 2008 at 9:00 a.m. in Courtroom 9 before

2   Magistrate Judge Dennis L. Beck is HEREBY VACATED.

3

4

5   IT IS SO ORDERED.

6   **Dated:    March 13, 2008**                              **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28