1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **EASTERN DISTRICT OF CALIFORNIA**

8

9
KURT ALLAN GANOE,                    )       CIV F 03-5878 DLB P
                                     )
10          Plaintiff,               )       ORDER VACATING MARCH 5, 2008 ORDER AND
                                     )       WRIT OF HABEAS CORPUS AD TESTIFICANDUM
11                                   )       AS TO KURT ALLAN GANOE, CDC #CO-000005
                                     )
12      v.                           )
                                     )       (Doc. 41)
13 BILL WITTMAN et al.,              )
                                     )       ORDER VACATING MARCH 5, 2008 ORDER AND
14                                   )       WRIT OF HABEAS CORPUS AD TESTIFICANDUM
          Defendants.                )       AS TO FRANK SISNEROZ, CDC# CO-000168-5
15                                   )
                                     )       (Doc. 42)
16                                   )
                                     )
17 _____  )

18          Plaintiff Kurt Allan Ganoe ("Plaintiff") is a civil detainee proceeding pro se and in

19 forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

20          On March 5, 2008, the court issued an order and Writ of Habeas Corpus ad

21 Testificandum to transport said witnesses, commanding the Executive Director of Coalinga State

22 Hospital to produce California civil detainees Kurt Allan Ganoe, CDC #CO-000005 and Frank Sisneroz,

23 CDC#CO-000168-5 in this court on April 22, 2008, to testify at trial in this action.

24          In a separate order issued concurrently with this order, the court vacated the trial set for

25 April 22, 2008.  Accordingly, the orders and writs issued on March 5, 2008, commanding the production

26 of civil detainees Kurt Allan Ganoe and Frank Sisneroz, are HEREBY VACATED.

27 ///

28
                                           1

1      It is so ORDERED.
       IT IS SO ORDERED.
2
       **Dated:**    **March 17, 2008**                    **/s/ Dennis L. Beck**
3                                                 UNITED STATES MAGISTRATE JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2