IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT ALLAN GANOE | CASE NO. CV-F-03-5878 DLB PC |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE STATUS REPORTS |
| vs. | |
| BILL WITTMAN, et al., | 20 DAY DEADLINE |
| Defendants. | |

Plaintiff Kurt Ganoe ("plaintiff") is a civil detainee proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On March 12, 2008, the parties appeared before Chief Magistrate Judge Sandra M. Snyder for a telephonic settlement conference. A settlement agreement was reached between the parties.

By order issued March 14, 2008, this court ordered Deputy County Counsel Kathleen Taylor, counsel for defendants, to send plaintiff the settlement agreement, a release, and a dismissal with prejudice for signature. Plaintiff was ordered to sign and return the settlement agreement and the release to defense counsel. Upon receipt of the documents, defendants were to proceed with obtaining the settlement check. Plaintiff was ordered to sign and file the dismissal with prejudice with the court within twenty days from the date that he learns that his settlement check has cleared.

Over three months have passed and this action remains open. As neither party has filed a dismissal of this action with prejudice, both parties are hereby ordered to file status reports, within 20

1

1  days of issuance of this order.  The court will then issue a scheduling order, if necessary, based on the
2  status reports filed.
3       IT IS SO ORDERED.
4       **Dated:**   **June 26, 2008**              **/s/ Dennis L. Beck**
                                                                      UNITED STATES MAGISTRATE JUDGE