1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT GANOE, | CASE NO. 1:03-cv-05878- DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION WITH PREJUDICE |
| v. | (Doc. 53) |
| BILL WITTMAN, et al., | |
| Defendants. | |

/

On August 28, 2008, the parties filed a joint stipulation that this action be dismissed with prejudice. (Doc. 53).

The Stipulation is adopted by the Court and this case is DISMISSED with prejudice as to all parties and causes of action.

IT IS SO ORDERED.

Dated:   **September 2, 2008**          **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1